# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDWIN PEREZ & CYNTHIA PEREZ  
962 STATE ROUTE 251  
COMPTON, IL  61318  

SSN-xxx-xx-9460 & xxx-xx-6980

Case Number: 07-71761

Case filed on: 7/24/2007  
Plan Confirmed on: 10/22/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,375.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 1,548.69 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,548.69 | 0.00 |
| 999 | EDWIN PEREZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 500.00 | 141.94 | 141.94 | 8.06 |
| 002 | BLACKHAWK STATE BANK | 12,901.69 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 128,757.30 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 142,158.99 | 141.94 | 141.94 | 8.06 |
| 001 | ECAST SETTLEMENT CORPORATION | 2,069.04 | 849.48 | 20.80 | 0.00 |
| 004 | PORTFOLIO RECOVERY ASSOCIATES | 10,014.59 | 3,505.11 | 128.46 | 0.00 |
| 005 | GREGORY MINOR D.D.S. | 3,567.70 | 1,248.69 | 45.77 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 4,995.15 | 1,748.30 | 64.07 | 0.00 |
| 007 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,146.56 | 401.30 | 0.00 | 0.00 |
| 008 | LEATH FURNITURE | 2,313.43 | 809.70 | 19.82 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 779.25 | 272.74 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,285.22 | 449.83 | 16.49 | 0.00 |
| 011 | METROSYTLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 804.86 | 281.70 | 0.00 | 0.00 |
| 013 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,043.32 | 365.16 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 8,260.13 | 2,891.05 | 105.96 | 0.00 |
| 016 | LVNV FUNDING LLC | 2,432.33 | 851.32 | 20.84 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 798.81 | 279.58 | 0.00 | 0.00 |
| 018 | CAVALRY PORTFOLIO SERVICES LLC | 7,585.52 | 2,654.93 | 97.31 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,054.55 | 369.09 | 0.00 | 0.00 |
|  | Total Unsecured | 48,150.46 | 16,977.98 | 519.52 | 0.00 |
|  | Grand Total: | 193,809.45 | 20,619.92 | 2,210.15 | 8.06 |

Total Paid Claimant:     $2,218.21  
Trustee Allowance:       $156.79  
Percent Paid Unsecured:    3.06  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  08/28/2008           By  /s/Heather M. Fagan